In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00177-CR


____________________



JONATHAN LATROY BATISTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 98580 






MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Jonathan Latroy Batiste pled guilty
to sexual assault. The trial court found the evidence sufficient to find Batiste guilty, but
deferred further proceedings, placed Batiste on community supervision for ten years, and
assessed a fine of $1000. The State subsequently filed a motion to revoke Batiste's
unadjudicated community supervision. Batiste pled "true" to seven violations of the
conditions of his community supervision. The trial court found that Batiste violated the
conditions of his community supervision, found Batiste guilty of sexual assault, and assessed
punishment at eleven years of confinement. 

 Batiste's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On September 3, 2009, we granted an extension of time for appellant to file a pro se
brief. We received no response from appellant. We reviewed the appellate record, and we
agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.


 
 __________________________________

 CHARLES KREGER

 Justice


Submitted on February 9, 2010

Opinion Delivered February 17, 2010

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.